UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

       Debtor.                      BKY 09-50779

-------------------------------

Tamitha Hecker,                          ADV 10-5001

       Plaintiff,

v.                                       ORDER REFERRING
                                         MATTER FOR MEDIATION
Randall L. Seaver, the chapter 7
trustee of the estate of Dennis
E. Hecker,

       Defendant.

The parties have requested mediation in the this adversary proceeding. Judge Gregory F. Kishel has agreed to mediate.

THEREFORE, IT IS ORDERED:

1. The parties shall submit to mediation and shall appear and participate as ordered by the mediator.

2. Judge Gregory F. Kishel will serve as the mediator.

Dated: January 20, 2010

                                /e/ Robert J. Kressel
                                ROBERT J. KRESSEL
                                UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/20/2010*
Lori Vosejpka, Clerk, by LMH